UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV - 6 2009
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| Kareemah Bell-Boston, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 09 2092 |
| | ) |
| Roxanne Crooks-Philips, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application, and dismiss the complaint.

The complaint alleges that the plaintiff went to the Volunteer Services & Senior Connection Department for Providence Hospital, where the manager of volunteer services told her that two other people — unidentified except by name — did not like the plaintiff's attitude. *See* Complaint at 1. Plaintiff seeks us "a trial date for on-going discrimination." *Id.*

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States, *see* 28 U.S.C. § 1331, and in civil actions in matters where the controversy exceeds $75,000 and is between citizens of different states, *see* 28 U.S.C. §1332(a). Here, however, the complaint does not explicitly identify a basis for this Court's jurisdiction. As "attitude" is not an impermissible basis for discrimination under federal law, the complaint does not identify a claim arising under the laws of the United States. As the complaint does not identify any amount in controversy, it does not satisfy the requirements for diversity

jurisdiction. Accordingly, the Court will dismiss the complaint without prejudice for lack of subject matter jurisdiction. An appropriate order accompanies this memorandum opinion.

Date: 10/29/09

_____
United States District Judge